In the Matter of CARL A. GUTZMER, Appellant, v MYRIAM L. SANTINI, Respondent.

Submitted April 6, 2009; decided June 24, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

IDT CORPORATION, Respondent, v MORGAN STANLEY DEAN WITTER & Co. et al., Appellants.

Submitted May 11, 2009; decided June 24, 2009

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 12 NY3d 132 (2009)].

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AVERY V. BAKER JR., Appellant.

Submitted June 8, 2009; decided June 24, 2009

Motion for assignment of counsel granted and Mitchell S. Kessler, Esq., 63 Pike Creek Drive, Cohoes, New York 12047 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC D. CARR, Appellant.

Submitted June 15, 2009; decided June 24, 2009

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.